IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00574-MOC

| | | |
|---|---|---|
| JAMES MCCONNELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on respondent's Motion to Hold Petitioner's

Motion to Vacate in Abeyance. Having considered the respondent's motion and reviewed

the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the respondent's Motion to Place Motion

Under 28 U.S.C. § 2255 in Abeyance (#3) is GRANTED, and this matter is HELD in

abeyance pending issuance of a decision in Beckles v. United States, No. 15-8544, and the

government shall have 60 days from issuance of such decision to file its Answer or other

response.

Signed: December 5, 2016

Max O. Cogburn Jr.
United States District Judge